UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES,<br><br>                Plaintiff,<br>     vs.<br>GIGI GORDON, ESQ., et al.,<br><br>                Defendants. | Case No. CV 12-2863-JGB (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Motions to Dismiss filed be defendants Ohta, Eng, Dauphine, Marin, Epperson, Ferreira, Sherman, Lilienfield, Judge, Novotney, Gonzales, Rios and Colon be granted; that the Motion to Quash filed by the Estate of Gigi Gordon be granted; that plaintiff's federal civil rights claims alleged against defendants Ohta, Ferreira, Dauphine, Eng, Barreras, Lilienfield,

1 | Judge, Rios, Colon, Sherman, Novotney, Gonzales, Rodarte and Gordon be dismissed
2 | without leave to amend; and that plaintiff's federal civil rights claims not challenging
3 | the underlying Superior Court discovery order, including those based on an alleged
4 | conspiracy, against Epperson, Marin, and Hernandez be dismissed with leave to
5 | amend.  Plaintiff is hereby ORDERED, if he still desires to pursue this action, to file
6 | a Third Amended Complaint remedying the deficiencies discussed in the Report and
7 | Recommendation within thirty (30) days of the date of this Order.

DATED: 9/26/13

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE