JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GIGI GORDON, ESQ., et al.,<br><br>　　　　Defendants. | Case No. CV 12-2863-JGB (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order re: Plaintiff's Notice of Intent Not to Amend the Second Amended Complaint,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: January 29, 2014

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1